No. 1821, Misc. VIANDS *v.* BROWN, DIRECTOR, VIRGINIA DEPARTMENT OF WELFARE AND INSTITUTIONS. C. A. 4th Cir. Certiorari denied.

No. 1822, Misc. PETERSON *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 1827, Misc. WILLIAMS *v.* FOLLETTE, WARDEN. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1844, Misc. TINSLEY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 1849, Misc. DAVIS *v.* CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1859, Misc. CANNON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 1875, Misc. FULLEN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 1876, Misc. ROSENBERG *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1878, Misc. KOEBRICH *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1914, Misc. O'CONNOR *v.* CLEMENT, SHERIFF. C. A. 4th Cir. Certiorari denied.

No. 1927, Misc. LASALANDRA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 1935, Misc. GOFF *v.* PFAU, TRUSTEE IN BANKRUPTCY. C. A. 8th Cir. Certiorari denied.